```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 03264
   CARLOTTA D WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0761

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/29/2004 and was confirmed 04/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.34% from remaining funds.

     The case was paid in full 12/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      4775.39            .00        4775.39
FORD MOTOR CREDIT         SECURED             775.00          81.73         775.00
FORD MOTOR CREDIT         UNSECURED        NOT FILED            .00            .00
VILLAGE OF PARK FOREST    SECURED                .00            .00            .00
ALLIANCE ONE              NOTICE ONLY      NOT FILED            .00            .00
AMERICAN COLLECTIONS REC  UNSECURED        NOT FILED            .00            .00
AMERICAN COLLECTIONS REC  UNSECURED        NOT FILED            .00            .00
BRINKS HOME SECURITY      UNSECURED        NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED          1298.58            .00         316.06
CAPITAL ONE BANK          UNSECURED          1194.98            .00         290.85
CAPITAL ONE BANK          UNSECURED          1358.09            .00         330.55
CARSON PIRIE SCOTT        UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED           910.00            .00         221.48
COLLECTECH SYSTEMS~       NOTICE ONLY      NOT FILED            .00            .00
DIVERSIFIED SERVICES      UNSECURED        NOT FILED            .00            .00
FINGERHUT                 UNSECURED        NOT FILED            .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED            .00            .00
MEMBERS ADVANTAGE CREDIT  UNSECURED          2260.44            .00         550.17
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED            .00            .00
RETAIL RECOVERY SERVICE   NOTICE ONLY      NOT FILED            .00            .00
PALISADES COLLECTION      UNSECURED          4985.87            .00        1213.51
WOMENS WORKOUT WORLD      UNSECURED        NOT FILED            .00            .00
PROVIDIAN BANK            NOTICE ONLY      NOT FILED            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       2,525.00                       2,525.00
TOM VAUGHN                TRUSTEE                                            620.26
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 03264 CARLOTTA D WILLIAMS
```

```
TRUSTEE                                        11,700.00

PRIORITY                                                              .00
SECURED                                                          5,550.39
    INTEREST                                                        81.73
UNSECURED                                                        2,922.62
ADMINISTRATIVE                                                   2,525.00
TRUSTEE COMPENSATION                                               620.26
DEBTOR REFUND                                                         .00
                                          ---------------   ---------------
TOTALS                                         11,700.00         11,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                          /s/ Tom Vaughn
     Dated: 03/27/08                      _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```